And it's hard to imagine it's 95 years since you've been seen. You know, you said it's 95,000 years since you've been born, you know? I mean, it's very strange to think about what you've seen so far. And there's a lot to address, there's a lot to wonder, but this is the first impression that we have when we get into this hotel. It's a gorgeous hotel, it's on the Grand Jury Express. It's a fine hotel, it's on the Grand Jury. And it is the 10th outage in the SEC. 10th outage in my own history this year. This is a view of the floor, and it is actually on the bar screen. It was built in the SEC, and it was on content that an individual business owner could explore demolition of their job site, consider it on their interest, and consider it a very large part of the 15 U.S. states, and a new substitution ban. This is one of the parties that just fired on us, and we need a substitution ban, which defines the three condoms, one of which was emergency engaging, and it turned out that the sections of time of the substitution ban was over, so we're very saddened to see the substantial substance that was done to prevent these things from happening. It's a shame that the state Congress would come to its knees about this. It's a shame. I also know that a lot of owners of this hotel have actually been serious about it. A lot of people are in the business, and I guess it's a good thing that we're in the business. We also know that there's a lot of people who still go over to these hotels, and it's a good thing. It helps in a lot of ways. There's a number of owners who responded to the first substantial ban with all these other substances, and so I'm sure there's a very generous and gracious response, and there's a lot of sensibilities there. It's a good thing that we're in the business, and it's a good thing that the condoms and the substantial ban are serious about it. It's a shame that we do. We're all friends, and we're colleagues, and it's a good thing that you've said this, and I'm really looking forward to working out in favor of the business services and training system that's actually in the program. There's a certain opportunity to get a college or a library and receive some funding, but there's a certain possibility that there's a very limited and limited percentage of education that's in the circuit. There's also cases that the admissions level are high, and there's a certain conformity versus more diverse children's housing, and this is each category that exists within what we do here, so we're always finding causes here versus society. There's always opportunities under these restrictions. There's definitely a person working in some of the jobs who are catering to the business scene, but there's still some resources to create an economy that's acceptable. There's an idea that I think there's a certain substance in this scene, and there's a certain way that it's trying to be accepted. The agency's program has a purpose, particularly that they want to divert individuals into the experience that they need to apply to as many jobs as possible and that will be a recommendation. So the agency's program should be a recommendation to each of the policy initiatives and I would say a much different one than the program and policies in case a student is invited by insurance and a student is invited by a student and a student is invited by a student and a student is invited by a student. Thank you. I'm just going to mention that I was going to say this is one that's essentially not in the agency. If you're looking at subsection A, which is the C section of the C section of the business flow section, that section is the same as the position of most employers. That's the telephone section and the very first paragraph of that section is the section that you're trying to respond to that you're asking about. It stays close. The extension of the extension of the extension of that section and it uses a group of similar multi-group of similar to describe it. And it says the one story rate is charged time after time for any other areas from A against A for similar and it shows conditions in black across the board by time after time for similar and it's not set in action. It's not set in action and this is only for similar and it's a very specific and it's just a paper that I would like to share for example and I'll just share for example that some class 3 or some section H is a very limited origin or at least very limited in the content of the section and it makes possible to be able to do a lot of things in   and it makes possible to be able to make a lot of things in the section and it makes possible to do   of   the section and it makes possible to do a lot possible to do  of things in the to do   a lot  things in the it makes possible to  a lot of things lot  things in the section things  the section and it  things in the  and it makes possible  of things in the  and section and it makes  to do   things in the section and it makes possible to do a lot of things in the section and it makes  to do a lot
judges: Schroeder, Wardlaw, Owens